IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00396-M

| | |
|---|---|
| RACHELLE SHAW, and MARKELL HAREWOOD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OAK CITY PROTECTION, LLC; ALPHA DEFENSE GROUP CORP.; AUSTIN TAYLOR; and JASON YOUNG, <br><br> Defendant. | ORDER |

This matter comes before the court *sua sponte*. On January 18, 2023 the court granted the Plaintiffs' Motion for extension of Time for Service of Process. DE 13. The court extended Plaintiffs' deadline to serve Defendants Alpha Defense Group Corp. and Jason Young until Wednesday, April 12, 2023. *Id.* Plaintiffs failed to comply with the court's order. Accordingly, Plaintiffs are ORDERED to show cause on or before Tuesday, May 16, 2023 why this court should not dismiss this case under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED this 2d day of May, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE