IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**RACHELLE SHAW and MARKELL**     **PLAINTIFFS**
**HAREWOOD, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.     No. 5:22-cv-396-M-KS

**OAKCITY PROTECTION, LLC**
**ALPHA DEFENSE GROUP CORP.,**
**AUSTIN TAYLOR and JASON YOUNG**     **DEFENDANTS**

## RESPOSNE TO SHOW CAUSE ORDER

Plaintiff, by and through her undersigned attorney of the Sanford Law Firm, PLLC, for her Response to Show Cause Order – ECF No. 14, states and alleges as follows:

### A. Oak City Protection, LLC

Plaintiff served Defendant Oak City Protection, LLC, on October 25, 2022. *See* Exhibit 1, Proof of Service. To date, Defendant Oak City Protection, LLC, has not answered or otherwise responded to Plaintiff's Complaint. Accordingly, Plaintiff intends to move this Court for an entry of default.

### B. Alpha Defense Group Corp.

Plaintiff served Defendant Alpha Defense Group Corp., on February 28, 2023. *See* Exhibit 2, Proof of Service. To date, Defendant Alpha Defense Group Corp., has not answered or otherwise responded to Plaintiff's Complaint. Accordingly, Plaintiff intends to move this Court for an entry of default.

Page 1 of 3
**Rachelle Shaw v. Oakcity Protection, LLC et al**
U.S.D.C. (E.D. N Car.) No. 5:22-cv-396-M-KS
Response to Show Cause Order

Case 5:22-cv-00396-M-KS   Document 15   Filed 05/16/23   Page 1 of 3

### C. <u>Austin Taylor</u>

Plaintiff served Defendant Austin Taylor on October 25, 2022. *See* Exhibit 3, Proof of Service. To date, Defendant Austin Taylor has not answered or otherwise responded to Plaintiff's Complaint. Accordingly, Plaintiff intends to move this Court for an entry of default.

### D. <u>Jason Young</u>

To date, despite diligent and repeated attempts at service, Plaintiff has been unable to serve individual Defendant Jason Young. At this time, Plaintiff does not have good reason to believe that additional attempts at service would be successful in getting individual Defendant Jason Young served in a reasonable amount of time. As such, Plaintiff is not opposed to dismissal without prejudice of individual Defendant Jason Young.

**Page 2 of 3**
**Rachelle Shaw v. Oakcity Protection, LLC et al**
**U.S.D.C. (E.D. N Car.) No. 5:22-cv-396-M-KS**
**Response to Show Cause Order**

Case 5:22-cv-00396-M-KS   Document 15   Filed 05/16/23   Page 2 of 3

Respectfully submitted,

**RACHELLE SHAW, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted PHV*

CLINE LAW FIRM, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

Jason Cline
N.C. Bar No. 56905
jason@clinelawnc.com

Page 3 of 3
Rachelle Shaw v. Oakcity Protection, LLC et al
U.S.D.C. (E.D. N Car.) No. 5:22-cv-396-M-KS
Response to Show Cause Order

Case 5:22-cv-00396-M-KS   Document 15   Filed 05/16/23   Page 3 of 3