AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| RACHELLE SHAW and MARKELL HAREWOOD, Each Individually and on Behalf of All Others Similarly Situated <br> *Plaintiff(s)* <br> v. <br> OAKCITY PROTECTION, LLC, ALPHA DEFENSE GROUP CORP., AUSTIN TAYLOR and JASON YOUNG <br> *Defendant(s)* | Civil Action No. 5:22-cv-396-M-KS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OAKCITY PROTECTION, LLC
c/o Austin Taylor
5699 Wiregrass Rd.
Orrum, North Carolina 28369

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Janelle Cline
CLINE LAW GROUP, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR.,
*CLERK OF COURT*

Date: 10/5/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No.    5:22-CV-00396-M-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Oakcity Protection LLC
was recieved by me on  10/24/2022:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Austin Taylor**, who is designated by law to accept service of process on behalf of **Oakcity Protection LLC** 10/25/2022; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 129.00 for services, for a total of $ 129.00.

I declare under penalty of perjury that this information is true.

Date:   10/25/2022

*Server's signature*

**David L Archie**
Printed name and title

**2245 Sam Potts Hwy**
**Hallsboro, NC 28442**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Terri Taylor who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 240-300 lbs with glasses.**

