THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00396-M

| | |
|---|---|
| RACHELLE SHAW and MARKELL HAREWOOD, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ORDER ) ) |
| v. | ) ) |
| OAK CITY PROTECTION, LLC; ALPHA DEFENSE GROUP CORP.; AUSTIN TAYLOR; and JASON YOUNG, | ) ) ) |
| Defendant. | |

The Court having reviewed the Motion for Clerk's Entry of Default against Defendants Oak City Protection, LLC, Alpha Defense Group Corp., and Austin Taylor and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Clerk's Entry of Default against Defendants Oak City Protection, LLC, Alpha Defense Group Corp., and Austin Taylor is GRANTED.

Any default judgment will be entered by the Court.

SO ORDERED this ___ day of August, 2023.

_____
HON. RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE