IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00396-M

| | |
|---|---|
| RACHELLE SHAW, and MARKELL HAREWOOD, *individually and on behalf of all others similarly situated*,<br><br>  Plaintiffs,<br><br>v.<br><br>OAK CITY PROTECTION, LLC; ALPHA . DEFENSE GROUP CORP.; AUSTIN TAYLOR; and JASON YOUNG,<br><br>  Defendants. | ORDER |

This matter comes before the court on Plaintiffs' Response to the court's Order to Show Cause [DE 15]. The court previously granted Plaintiffs an extension of time in which to effect service on certain Defendants (DE 13), and Plaintiffs subsequently failed to present evidence of service of process. The Show Cause Order therefore required Plaintiffs to "show cause on or before Tuesday, May 16, 2023 why this court should not dismiss this case under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute." DE 14 at 1. Within the time allotted by the Show Cause Order, Plaintiffs responded and established that they had served process on three of four Defendants, and were "not opposed to dismissal without prejudice of" the fourth Defendant, Jason Young. DE 15 at 1-2.

Accordingly, as Plaintiffs have largely cured the deficiencies cited therein, the Order to Show Cause is discharged. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Defendant Jason Young is dismissed without prejudice for the Plaintiffs' failure to effect service within the required period.

SO ORDERED this 24th day of August, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE