IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-396-M

| | |
|---|---|
| RACHELLE SLAW, and MARKELL HAREWOOD, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) OAK CITY PROTECTION, LLC, ALPHA DEFENSE GROUP CORP., AUSTIN TAYLOR; and JASON YOUNG, ) ) ) ) Defendants. ) | **ORDER** |

This matter is before the clerk on the plaintiffs' motion for entry of default [DE-16], wherein plaintiffs seek entry of default as to defendants Oak City Protection LLC, Alpha Defense Group Corp., and Austin Taylor.

On October 2, 2023, the undersigned issued a text order observing that Local Civil Rule 55.1(a) requires a party moving for default to serve a copy of the motion on any party that has failed to appear. The undersigned further noted that plaintiffs had failed to file a certificate of service with the motion for entry of default. The undersigned directed plaintiffs to file, on or before October 16, 2023, a certificate of service show how and when defendants were served with the motion for entry of default, and warned plaintiffs that the failure to file a certificate of service by that date would result in the denial of the motion for entry of default without prejudice.

Plaintiffs have failed to file a certificate of service as directed. Accordingly, plaintiffs' motion for entry of default [DE-16] is DENIED WITHOUT PREJUDICE. Plaintiffs may file a

renewed motion for entry of default, with the required certificate of service, on or before March 8, 2024.

SO ORDERED. This the 9 day of February, 2024.

Peter A. Moore, Jr.
Clerk of Court