IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00396-M

| | |
|---|---|
| RACHELLE SHAW, and MARKELL HAREWOOD, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> OAK CITY PROTECTION, LLC et. al, <br><br> Defendants. | ORDER TO SHOW CAUSE |

This matter comes before the court sua sponte. On August 23, 2023, Plaintiffs moved for entry of default against Defendants. DE 16. On October 2, 2023, the Clerk of Court issued a text order informing Plaintiffs that their motion failed to comply with this court's Local Civil Rule 55.1(a), in that Plaintiffs did not file a certificate of service with their motion. *See* Text Order dated October 2, 2023. That text order directed Plaintiffs to provide proof of service of their motion by October 16, 2023. *See id.* Plaintiffs failed to comply with or otherwise respond to that text order, so the Clerk of Court denied Plaintiffs' motion without prejudice on February 9, 2024. *See* DE 19 at 1-2.

Plaintiffs' most recent activity in this action is their deficient motion for entry of default, which they filed nearly eight months ago. *See* DE 16.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, on or before April 22, 2024, why this action should not be dismissed for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) (recognizing district court's inherent authority "to dismiss a plaintiff's action with prejudice because of his failure to prosecute").

SO ORDERED this 16th day of April, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE