IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**RACHELLE SHAW and MARKELL**                                       **PLAINTIFFS**
**HAREWOOD, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                      No. 5:22-cv-396-M-KS

**OAKCITY PROTECTION, LLC**
**ALPHA DEFENSE GROUP CORP.,**
**AUSTIN TAYLOR and JASON YOUNG**                         **DEFENDANTS**

## **RESPOSNE TO SHOW CAUSE ORDER – ECF NO. 20**

Plaintiffs, by and through their undersigned attorney of the Sanford Law Firm, PLLC, for their Response to Show Cause Order – ECF No. 20, state and allege as follows:

1. On October 2, 2023, the same day the Clerk entered a text order directing Plaintiffs to file a proof of service for their motion for entry of default, Plaintiffs engaged ABC Legal Team to serve Defendants Oak City Protection, LLC, Alpha Defense Group Corp., and Austin Taylor at the address they were served with the Complaint at.

2. After making an attempt at service, ABC Legal Team informed Plaintiffs that Defendants were no longer at the address they were served with the Complaint at.

3. Upon further investigation, Plaintiffs' counsel discovered that Defendants Oak City Protection, LLC, and Alpha Defense Group Corp., no longer appeared to be in business and they did not have a physical address where they could be served at. Additionally, an investigation into Defendant Austin Taylor did not produce any leads as to his new whereabouts.

4. Based on the unlikely hood of being able to serve the remaining

Page 1 of 2
**Rachelle Shaw v. Oakcity Protection, LLC et al**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-396-M-KS**
Response to Show Cause Order – ECF No. 20

Case 5:22-cv-00396-M-KS    Document 21    Filed 04/22/24    Page 1 of 2

Defendants at this time, Plaintiffs are filing a notice of voluntary dismissal contemporaneously with the filing of this response.

    Respectfully submitted,

    **RACHELLE SHAW, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

    */s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted PHV*

    CLINE LAW FIRM, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

    Jason Cline
N.C. Bar No. 56905
jason@clinelawnc.com

Page 2 of 2
**Rachelle Shaw v. Oakcity Protection, LLC et al**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-396-M-KS**
**Response to Show Cause Order – ECF No. 20**

Case 5:22-cv-00396-M-KS   Document 21   Filed 04/22/24   Page 2 of 2