IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**RACHELLE SHAW and MARKELL**        **PLAINTIFFS**
**HAREWOOD, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.        No. 5:22-cv-396-M-KS

**OAKCITY PROTECTION, LLC**
**ALPHA DEFENSE GROUP CORP.,**
**AUSTIN TAYLOR and JASON YOUNG**        **DEFENDANTS**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned attorney of the Sanford Law Firm, PLLC, for their Notice of Voluntary Dismissal without Prejudice, hereby state as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiffs hereby voluntarily dismisses their Complaint (ECF No. 1) without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiffs, and the opposing party has neither served an answer nor a motion for summary judgment.

**Page 1 of 2**
**Rachelle Shaw v. Oakcity Protection, LLC et al**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-396-M-KS**
**Notice of Voluntary Dismissal Without Prejudice**
Case 5:22-cv-00396-M-KS   Document 22   Filed 04/22/24   Page 1 of 2

Respectfully submitted,

**RACHELLE SHAW, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted PHV*

CLINE LAW FIRM, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

Jason Cline
N.C. Bar No. 56905
jason@clinelawnc.com

**Page 2 of 2**
**Rachelle Shaw v. Oakcity Protection, LLC et al**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-396-M-KS**
**Notice of Voluntary Dismissal Without Prejudice**
Case 5:22-cv-00396-M-KS   Document 22   Filed 04/22/24   Page 2 of 2